IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Michael Lee Montgomery, II,<br><br>　　　　Plaintiff,<br><br>v.<br><br>United States Government,<br><br>　　　　Defendants. | C/A No. 3:15-cv-4521-JFA<br><br><br>**ORDER** |

　　　　Michael Lee Montgomery, II ("Montgomery") filed this *pro se* action on November 9, 2015 against the United States Government. (ECF No. 1). Montgomery's action alleges that he lives in a tent in the woods, and that law enforcement has searched through his belongings without his consent and shot two holes in his hat. *Id*. His basis for this claim is that most people in the woods are employed by law enforcement, so undercover law enforcement must be responsible for what happened to his belongings. *Id*. Montgomery believes President Barack Obama and Governor Nikki Haley are aware of this situation, and therefore wants the opportunity to interrogate every employee in the FBI, CIA, SLED, DEA, U.S. Military, and City of Columbia Police Department. *Id*. Montgomery also seeks damages in the amount of "$1 Zillion" from the United States Government. *Id*.

　　　　The Magistrate Judge assigned to this action[1] prepared a thorough Report and Recommendation ("Report") and opines that this Court should summarily dismiss the Complaint

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(g) (D.S.C.). The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the

in this case without prejudice, and without issuance and service of process. (ECF No. 7). The Report sets forth in detail the relevant facts and standards of law on this matter, and this Court incorporates those facts and standards without a recitation.

Montgomery was advised of his right to object to the Report, which was entered on the docket on February 18, 2016. (ECF No. 7). However, Montgomery did not file objections. In the absence of specific objections to the Report of the Magistrate Judge, this Court is not required to give an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After carefully reviewing the applicable laws, the record in this case, as well as the Report, this Court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. Accordingly, the Court adopts the Report and Recommendation.

IT IS SO ORDERED.

March 14, 2016  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge

---

Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).